UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBORAH SMITH,
    Plaintiff,

-vs.-                                                              Case No: 13-00991
                                                                          Hon. Janet T. Neff

LAW OFFICES OF TIMOTHY E. BAXTER, P.C.
a Michigan professional corporation,
    Defendant.
_____

**STIPULATION AND ORDER DISMISSING PLAINTIFF'S
FIRST AMENDED COMPLAINT WITH PREJUDICE**

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the terms stipulated by the parties, all claims asserted by Deborah Smith against the Law Offices of Timothy E. Baxter & Associates PC are dismissed with prejudice and without costs to any party.

                                                                     _____
                                                                     Judge of United States District Court
                                                                     Western District of Michigan

I hereby stipulate to the entry of this Order:

*/s/ Gary Nitzkin*                                                */s/ Thomas Costello*
GARY NITZKIN                                            THOMAS COSTELLO
MICHIGAN CONSUMER CREDIT LAWYERS     LIPSON NEILSON COLE SELTZER & GARIN, PC
Attorney for Plaintiff                                    Attorneys for Defendant