UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBORAH SMITH,
    Plaintiff,

-vs.-   Case No: 1:13-cv-991
Hon. Janet T. Neff

LAW OFFICES OF TIMOTHY E. BAXTER, P.C.
a Michigan professional corporation,
    Defendant.

_____

## STIPULATION AND ORDER DISMISSING PLAINTIFF'S FIRST AMENDED COMPLAINT WITH PREJUDICE

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the terms stipulated by the parties, all claims asserted by Deborah Smith against the Law Offices of Timothy E. Baxter & Associates PC are dismissed with prejudice and without costs to any party.

Dated: April 9, 2014

        /s/ Janet T. Neff
Judge of United States District Court
Western District of Michigan

I hereby stipulate to the entry of this Order:

*/s/ Gary Nitzkin*
GARY NITZKIN
MICHIGAN CONSUMER CREDIT LAWYERS
Attorney for Plaintiff

*/s/ Thomas Costello*
THOMAS COSTELLO
LIPSON NEILSON COLE SELTZER & GARIN, PC
Attorneys for Defendant